Italian Press Association for use of Cæsar Massini, appellee, v. Guiseppe Monaco et al., appellants. Gen. No. 24,300.

Garnishment proceedings. Judgment against garnishees. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded on authority of Italian Press Ass'n for use of Hagen v. Monaco, *ante.* Opinion filed April 29, 1919.

Darrow & Sissman and C. H. McDermott, for appellants. Cermak & McClellan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.